# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**IN RE:**

<u>David Akubo</u>                ,

      **Debtor**

<u>Case No: 22-10864</u>

**Chapter 7**

## MOTION TO REOPEN BANKRUPTCY CASE

I, David Akubo, hereby move this Court for an order reopening the above-referenced bankruptcy case pursuant to 11 U.S.C. § 350(b) and Bankruptcy Rule 5010 in order to file a notice of "adversary proceeding" for the discharge of my student loan.

After the bankruptcy was discharged and closed, the department of education informed me that the student loan could not be discharged because an additional step which involves the filing of adversary proceeding was not completed with the court.

I'm seeking an opportunity file the required adversary proceeding and to complete the process for the student loan discharge.

1. I filed a voluntary bankruptcy petition under Chapter 7 on June 24, 2022.
2. I received a discharge on December 22, 2022.
3. The bankruptcy case was closed on December 22,2022

Wherefore, I respectfully requests that the court enter an order reopening this bankruptcy case.

David Akubo
229 E 85th St
New York, NY 10028
E-mail: davida199@yahoo.com

Date: July 15, 2023