# CERTIFICATE OF SERVICE

I certify that these documents were served on all parties to this lawsuit as follows:

**Name of Document**: Motion to reopen, Adversary proceeding cover sheet, Adversary Proceeding
_____

Method of Service *(include information for each party to the lawsuit served with the document)*:

☐ **Personal Delivery:**
  Name of Party: _____
  Address : _____
  Date delivered: _____
  Person delivering document: _____

☒ **Mail or Courier:**
  Name of Party: **FedLoan Servicing**
  Address : **P.O. BOX 69184, Harrisburg, PA 17106-9184**
  Date mailed: _Jan 31, 2024_____ Certified Mail Receipt No.: _9589 0710 5270 1171 2316 41_
  Courier: _USPS_____
  Courier Receipt No.: _940 519 0002 5 3 7862 1271_
☐ **Fax**
  Name of Party: _____
  Date and time fax sent: _____    Fax number: _____
☐ **Email**
  Name of Party or : _____
  Date and time email sent: _____   Email address: _____

Signed on _[signature]_ 1/31/2024

I declare under penalty of perjury that the information in this Certificate of Service is true and correct.

_[signature]_
Signature of Person Providing Notice
Printed Name: DAVID AKUBO
Address: 229 E 85t St· NY, NY 10028
Date of Birth: 12/1/72

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Harrisburg, PA 17106
Certified Mail Fee  $4.40
$                                   $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $ _$0.00_
☐ Return Receipt (electronic)     $ _$0.00_
☐ Certified Mail Restricted Delivery  $ _$0.00_
☐ Adult Signature Required        $ _$0.00_
☐ Adult Signature Restricted Delivery $
Postage  $2.59
$
Total Postage and Fees  01/31/2024
$
Sent To _Fedloan Servicing_
Street and Apt. No., or PO Box No. _P.O. Box 69184, Harrisburg_
City, State, ZIP+4® _PA 17106_

Postmark Here: JAN 31 2024, PILGRIM GARDENS POST OFFICE

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1171 2316 41