UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :
                                                    :         Chapter 7
    David Akubo                                :
                         Debtor.                    :         Case No.: 22-10864 (MG)
------------------------------------------------------------x

### NOTICE OF HEARING ON DAVID AKUBO'S MOTION TO REOPEN BANKRUPTCY CASE

**PLEASE TAKE NOTICE** that upon the motion (the "Motion") of David Akubo, the above-captioned debtor, seeking an order pursuant to Rule 5010 of the Federal Rules of Bankruptcy Procedure to reopen his bankruptcy case, will conducted before the Honorable Martin Glenn, Chief United States Bankruptcy Judge on **February 13, 2024 at 2:00 p.m**. (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted using Zoom for Government.  Parties wishing to appear or participate at the Hearing (whether "live" or "listen only") must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl prior to 4:00 p.m. (Eastern Time) on the business day before the Hearing.  Instructions for making an eCourtAppearance and additional information on the Court's Zoom procedures can be found at http://www.nysb.uscourts.gov/content/chiefjudge-martin-glenn or https://www.nysb.uscourts.gov/ecourt-appearances.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion shall be made in writing, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on a compact disc, in text searchable Portable Document Format (PDF) (with a hard

copy delivered directly to the Chambers of the Honorable Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004), and served in accordance with General Order M-399 or other form upon: David Akubo, 229 E 85th Street, New York, NY 10028, so as to be actually received no later than February 12, 2024 at 5:00 p.m. (EST). Unless timely objections are filed, the relief sought in the Motion may be granted on an uncontested basis.

Dated: February 9, 2024
       New York, New York

                                 **/s/ Martin Glenn**
                                MARTIN GLENN
                                Chief United States Bankruptcy Judge