**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DAVID AKUBO,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10864 (MG) |

**ORDER REOPENING CASE AND**
**DIRECTING APPOINTMENT OF CHAPTER 7 TRUSTEE**

On June 24, 2022 David Akubo (the "Debtor") filed a petition for relief under chapter 7 of title 11 of the United States Code (ECF Doc. # 1). On December 12, 2022, the Court entered its Discharge of Debtor and Order of Final Decree (ECF Doc. # 21). The case was closed on December 15, 2022. On August 7, 2023 the Debtor filed a *pro se* motion to reopen the case to file an adversary complaint (ECF Doc. # 23) (the "Reopen Motion"). On February 13, 2024, the Court held a hearing (the "Hearing") to consider the relief requested in the Reopen Motion.

**NOW, THEREFORE, UPON DUE CONSIDERATION AND FOR THE REASONS STATED AT THE HEARING, IT IS HEREBY:**

**ORDERED**, that the Reopen Motion is **GRANTED**; and it is further

**ORDERED,** that the United States Trustee shall appoint a chapter 7 trustee.

**IT IS SO ORDERED.**

Dated:  February 13, 2024
            New York, New York

                                                            **/s/ Martin Glenn**
                                                            MARTIN GLENN
                                                    Chief United States Bankruptcy Judge